IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMES C. MCNEILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18CV786 |
| | ) | |
| CAMERON GADDY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 26, 2019, was served on the parties in this action. Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that Defendant Dr. Connie Locklear-Jones' Motion for Summary Judgment, (ECF No. 22), solely on the issue of whether Plaintiff exhausted his administrative remedies, be GRANTED, and that this action is DISMISSED without prejudice against said Defendant. A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 22nd day of October 2019.

/s/ Loretta C. Biggs
United States District Judge