IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES C. McNEILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:18CV786 |
| CAMERON GADDY, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 26, 2021, was served on the parties in this action. (ECF No. 91). No objections to the Magistrate Judge's Recommendation were filed within the time prescribed by § 636.

However, Plaintiff did file objections to the Magistrate Judge's May 10, 2021 Text Order allowing Defendants to supplement the summary judgment record pursuant to Federal Rule of Civil Procedure 56(e)(1). (*See* ECF No. 95.) The Court has reviewed Plaintiff's objections to the May 10, 2021 Text Order pursuant to Federal Rule of Civil Procedure 72(a). The Court finds no grounds to modify or set aside any part of the May 10, 2021 Text Order as clearly erroneous or contrary to law. Thus, Plaintiff's objections are overruled.

In sum, having overruled Plaintiff's objections to the Magistrate Judge's May 10, 2021 Text Order, and there being no objections to the Magistrate Judge's Recommendation, the court hereby adopts the Magistrate Judge's Recommendation. Accordingly,

IT IS THEREFORE ORDERED that Defendants William L. Bullard, Nikolas Bustillos, Ronald P. Covington, Sheryl Hatcher, Pamela J. Locklear, Dean Locklear, Katy E. Poole, Whitney D. Revels, and Monica Bond's Motion to Dismiss or in the Alternative, Motion to Sever Parties, (ECF No. 75), is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment, (ECF No. 77), is GRANTED IN PART to the extent that all claims against Defendants William L. Bullard, Nikolas Bustillos, Ronald P. Covington, Sheryl Hatcher, Pamela J. Locklear, Dean Locklear, Katy E. Poole, and Whitney D. Revels are DISMISSED, and DENIED IN PART as to Plaintiff's Due Process claim against Defendant Monica Bond.

IT IS FURTHER ORDERED that Defendant Cameron Gaddy's Motion for Summary Judgment, (ECF No. 81), is GRANTED and all claims against him are DISMISSED.

This, the 30th day of June 2021.

/s/ Loretta C. Biggs
United States District Judge