IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES C. MCNEILL, | ) |
| Plaintiff, | ) |
| v. | ) 1:18CV786 |
| MONICA BOND, | ) |
| Defendant. | ) |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on December 8, 2022, was served on the parties in this action. (ECF Nos. 179, 180.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED** that Plaintiffs' motions seeking preliminary injunctions and a temporary restraining order, (ECF Nos. 169, 173), are **DENIED**.

**IT IS FURTHER ORDERED** that to the extent Plaintiff requests a continuance to file supplemental pleadings, (ECF No. 173), that request is **DENIED**.

This, the 5th day of January 2023.

/s/ Loretta C. Biggs
United States District Judge